IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV547-MU

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAN & JASON, INC., and DEVENDRA ) | |
| BHAGWAKAR, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    This matter is before the court upon Plaintiff's Motion for an Order to Appear and Show Cause/ Motion for Contempt, filed September 21, 2005. Plaintiff requests that the court order Defendant Devendra Bhagwakar and his corporate entity, Jan & Jason, Inc., to appear and show cause why they should not be held in contempt for refusing to obey the Default Judgment entered by this court on March 4, 2005. It appears that the Defendants are in violation of the Default Judgment. Accordingly,

    IT IS THEREFORE ORDERED that Defendants Devendra Bhagwakar and Jan & Jason, Inc. appear before this court on October 25th, 2005 at 11:00 a.m. in courtroom 3, United States courthouse, 401 West Trade St., Charlotte, North Carolina, and show cause why they should not be held in contempt for refusing to obey the March 4, 2005 Default Judgment.

**Signed: October 11, 2005**

Graham C. Mullen
Chief United States District Judge